IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW BOBENRIETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-332 Erie |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On December 9, 2005, this Court entered an Order following the Plaintiff's failure to file a Response to Defendant's Motion to Dismiss [Doc. No. 3], ordering Plaintiff to show cause as to why this case should not be dismissed for failure to prosecute [Doc. No. 5].

AND NOW, this 27th day of December, 2005, Plaintiff having failed to show cause and/or file a response to Defendant's motion to dismiss,

IT IS HEREBY ORDERED this matter is DISMISSED without prejudice for failure to prosecute.

The clerk is directed to mark the case closed.

s/ Sean J. McLaughlin
United States District Judge

cc: All parties of record.